# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02468-MSK

ROCKY MOUNTAIN WILD;
NATIONAL PARKS CONSERVATION ASSOCIATION;
CENTER FOR BIOLOGICAL DIVERSITY; and
WILDEARTH GUARDIANS,

    Plaintiffs,

v.

DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior; and
BUREAU OF LAND MANAGEMENT,

    Federal Defendants,

and

AMERICAN PETROLEUM INSTITUTE; and
INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA,

    Defendant-Intervenors.

---

**FEDERAL DEFENDANTS' NOTICE OF FILING DETERMINATION OF NEPA ADEQUACY AND RECORD OF DECISION FOR JUNE 2018 COLORADO LEASE SALE**

---

Pursuant to the Court's April 24, 2019 Order (ECF No. 37), Federal Defendants hereby submit for the Court's review, the Determination of NEPA Adequacy ("DNA") (Attachment 1) and Decision Record (Attachment 2) for the leasing decision in connection with the June 2018 Colorado Lease Sale. Although the Order specifically requested the environmental assessment ("EA") for that sale, no such document exists because the agency, consistent with its regulations, prepared a DNA in lieu of an EA and explained its rationale for doing so in the DNA.

BLM however, in its preparation of the DNA, referenced the analysis of potential alternatives and impacts in the environmental impact statements for the Resource Management Plans for each of the field offices where the lease parcels in issue are located, and the environmental assessment prepared for the June 8, 2017 leasing decision, which support the conclusions described in the DNA. While these rather voluminous documents form part the administrative record to be lodged with the Court, Federal Defendants could also, if the Court requires, provide them for the Court's consideration of their Motion to Sever and Transfer to the District of Utah (ECF No. 15).

Respectfully submitted, May 1, 2019, by

> JEAN E. WILLIAMS
> Deputy Assistant Attorney General
> Environment and Natural Resources Division
> U.S. Department of Justice
>
> */s/ Michelle-Ann C. Williams*
> MICHELLE-ANN C. WILLIAMS, Trial Attorney
> Natural Resources Section
> Environment and Natural Resources Division
> P.O. Box 7611 Washington, D.C. 20044
> 202-305-0420 (tel.), 202-305-0506 (fax)
> michelle-ann.williams@usdoj.gov
>
> *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 1st day of May, 2019.

*/s/ Michelle-Ann C. Williams*
MICHELLE-ANN C. WILLIAMS
*Counsel for Federal Defendants*