IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02468-MSK

ROCKY MOUNTAIN WILD,
NATIONAL PARKS CONSERVATION ASSOCIATION,
CENTER FOR BIOLOGICAL DIVERSITY, and
WILDEARTH GUARDIANS,

   Plaintiffs,

v.

DEB HAALAND, in her official capacity as Secretary of the Interior, and
BUREAU OF LAND MANAGEMENT,

   Defendants,

v.

AMERICAN PETROLEUM INSTITUTE,
INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA,
UTAH PETROLEUM ASSOCIATION, and
STATE OF UTAH,

   Intervenor-Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order on the Merits, filed September 28, 2021, by the Honorable Marcia S. Krieger, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that Court finds that the BLM's 2018 leasing decision violated NEPA and the APA. It is further

1

ORDERED that the Court REMANDS that decision back to the BLM for further consideration consistent with the findings in the Opinion.

DATED at Denver, Colorado this <u>28th</u> day of September, 2021.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk