# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02468-MSK

ROCKY MOUNTAIN WILD;
NATIONAL PARKS CONSERVATION ASSOCIATION;
CENTER FOR BIOLOGICAL DIVERSITY; and
WILDEARTH GUARDIANS,

    Plaintiffs,

v.

DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior; and
BUREAU OF LAND MANAGEMENT,

    Federal Defendants,

and

AMERICAN PETROLEUM INSTITUTE; and
INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA,

Defendant-Intervenors.

## FEDERAL DEFENDANTS' NOTICE OF APPEAL

    Pursuant to Fed. R. App. P. 3 and 28 U.S.C. § 1291, Federal Defendants Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior,[1] and Bureau of Land Management (BLM), hereby appeal to the United States Court of Appeals for the Tenth Circuit from this Court's September 28, 2021 Order (ECF No. 67), entering into judgment the Court's September 28, 2021 Order (ECF No. 66) remanding BLM's 2018 leasing decision.

    Respectfully submitted this 26th day of November, 2021.

                                       TODD KIM
                                       Assistant Attorney General

---

[1] Pursuant to FED. R. CIV. P. 25(d), Debra Haaland is automatically substituted for David Bernhardt as Secretary of the Interior.

United States Department of Justice
Environment and Natural Resources Division
*/s/ Joseph H. Kim*
JOSEPH H. KIM
MICHELLE-ANN C. WILLIAMS
Trial Attorneys
Natural Resources Section
P.O. Box 7611, Washington, D.C. 20044
202-305-0420 || 202-305-0506 (fax)
joseph.kim@usdoj.gov
michelle-ann.williams@usdoj.gov

*Counsel for Federal Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2021, a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Joseph H. Kim*
JOSEPH H. KIM