FILED
United States Court of Appeals
Tenth Circuit

March 3, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

───────────────────────────────

ROCKY MOUNTAIN WILD;
NATIONAL PARKS CONSERVATION
ASSOCIATION; CENTER FOR
BIOLOGICAL DIVERSITY;
WILDEARTH GUARDIANS,

    Plaintiffs – Appellees/
    Cross-Appellants,

v.

DEBRA HAALAND, in her official
capacity as Secretary of the Interior;
BUREAU OF LAND MANAGEMENT,

    Defendants – Appellants/
    Cross-Appellees,

and

AMERICAN PETROLEUM INSTITUTE;
INDEPENDENT PETROLEUM
ASSOCIATION OF AMERICA,

    Intervenor Defendants –
    Appellants/Cross-Appellees,

Nos. 21-1412, 21-1425, and 21-1426
(D.C. No. 1:18-CV-02468-MSK)
(D. Colo.)

───────────────────────────────

**ORDER**

───────────────────────────────

This matter is before the court on the parties' *Stipulation for Dismissal Under Federal Rule of Appellate Procedure 42(b)*.

The parties stipulate to voluntary dismissal of the above-captioned cross-appeals with each party to bear its own costs on appeal.

The stipulation for voluntary dismissal is granted and nos. 21-1412, 21-1425, and 21-1426 are hereby dismissed. *See* Fed. R. App. P. 42(b); 10th Cir. R. 27.5(A)(9). Each party will bear its own costs on appeal.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk